# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vanguard Specialized Funds, et al., | No. CV-15-02157-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| VEREIT Incorporated, et al., | |
| Defendants. | |

**IT IS ORDERED** Defendants' motion to transfer venue (Doc. 74) is **DENIED**.

**IT IS FURTHER ORDERED** the motions to dismiss filed by the ARC Defendants (Doc. 80), Kay (Doc. 81), and McAlister (Doc. 84) are **DENIED** in their entirety.

**IT IS FURTHER ORDERED** the motions to dismiss filed by ARCP/OP (Doc. 75), Beeson (Doc. 83), Block (Doc. 87), and Schorsch (Doc. 89) are **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** RCAP's motion to dismiss (Doc. 85) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** Plaintiffs are granted **LEAVE TO AMEND**. An opinion will follow. Plaintiffs may file their amended complaint no later than 30 days after the opinion issues.

Dated this 29th day of September, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge