# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Vanguard Specialized Funds, et al., | No. CV-15-02157-PHX-JAS |
| Plaintiffs, | **ORDER** |
| v. | |
| VEREIT, Incorporated, et al., | |
| Defendants. | |

During the status hearing on November 14, 2017, the Court asked the parties to submit briefs addressing the impact of deposition coordination with the coordinated actions proceeding in the Southern District of New York before Judge Hellerstein (the "SDNY Action"). (Doc. 240.) The parties submitted briefing on November 27, 2017. (Docs. 243, 244.)

Having now considered that briefing, IT IS ORDERED that:

1. Defendants shall take all steps necessary in the SDNY Action to permit Plaintiffs to participate in all depositions in those actions (the "SDNY Depositions"), subject to any rulings by Judge Hellerstein regarding such participation.

2. The parties need not elicit duplicative testimony during the SDNY Depositions for purposes of this action; any testimony elicited during the SDNY Depositions will be treated as if it is testimony elicited in this action regardless of the source.

3. The parties need not assert objections separately during the SDNY Depositions for purposes of this action, and any objections raised by any party during a SDNY Deposition shall be treated as if raised for purposes of this action.

4. Unless this Court rules otherwise based on good cause shown, not including depositions under Fed. R. Civ. P. 30(b)(6), the parties in this action may not notice a deposition of any person for whom there has been or is scheduled to be a SDNY Deposition.

5. This Order does not otherwise prevent the parties from separately noticing depositions in this action. The exact amount and limitations shall be decided at a future case management conference.

6. The fact of coordination pursuant to this Order alone does not provide any basis for Defendants to file any transfer motion with this Court.

Dated this 30th day of November, 2017.

Honorable James A. Soto
United States District Judge