Keith Beauchamp (012434)
Shelley Tolman (030945)
COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1900
Phoenix, AZ 85004
T: 602.381.5490
F: 602.224.6020
kbeauchamp@cblawyers.com
stolman@cblawyers.com

Jonathan Sherman (admitted *pro hac vice*)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20015
T: 202.237.2727
F: 202.237.6131
jsherman@bsfllp.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vanguard Specialized Funds, et al., | No. CV-15-02157-PHX-JAS |
| Plaintiffs, | |
| vs. | **JOINT MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(2)** |
| VEREIT, Inc., et al., | |
| Defendants. | |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants VEREIT, Inc., formerly known as American Realty Capital Properties, Inc., and VEREIT Operating Partnership, L.P., formerly known as ARC Properties Operating Partnership, L.P. (hereinafter "VEREIT" and, collectively with Plaintiffs, the "Moving Parties"), jointly move the Court to dismiss all claims filed by Plaintiffs against all defendants in the above-captioned action ("Defendants") with prejudice. In support of this motion, the Moving Parties state as follows:

{00370837.1 }

1. Plaintiffs have agreed to a release and dismissal of all claims filed in this action against all Defendants.

2. Because the Moving Parties are seeking dismissal of all claims against all Defendants with prejudice, there is no risk of prejudice to any Defendant. Accordingly, dismissal is warranted. *See Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001) ("A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result."); *id.* at 976 ("That the district court here dismissed, with prejudice, the federal claims so they cannot be reasserted in another federal suit only strengthens our conclusion that the dismissal caused no legal prejudice and was not an abuse of discretion.").

3. Each party shall bear its own costs, expenses, and attorneys' fees.

WHEREFORE, the Moving Parties respectfully request that this Court enter the [Proposed] Order of Dismissal With Prejudice filed concurrently herewith.

DATED this 14th day of June, 2018.

| COPPERSMITH BROCKELMAN PLC | OSBORN MALEDON, P.A. |
|---|---|
| By: s/ Keith Beauchamp<br>Keith Beauchamp<br>Shelley Tolman<br>2800 North Central Avenue, Suite 1900<br>Phoenix, AZ  85004 | By: s/ David B. Rosenbaum<br>David B. Rosenbaum, 009819<br>Joseph N. Roth, 025725<br>2929 N. Central Avenue, Suite 2100<br>Phoenix, AZ  85012-2794 |
| Jonathan Sherman (*Pro Hac Vice*)<br>BOIES SCHILLER FLEXNER LLP<br>5301 Wisconsin Avenue, N.W.<br>Washington, DC 20015<br><br>Edward Normand (*Pro Hac Vice*)<br>Joseph Kroetsch (*Pro Hac Vice)*<br>Nathan Holcomb (*Pro Hac Vice*)<br>BOIES SCHILLER FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504 | Scott A. Edelman (*Pro Hac Vice*)<br>Antonia M. Apps (*Pro Hac Vice*)<br>Jed M. Schwartz (*Pro Hac Vice*)<br>Jonathan Ohring (*Pro Hac Vice*)<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>28 Liberty Street<br>New York, NY  10005-1413 |

| | |
|---|---|
| Beko Reblitz-Richardson (*Pro Hac Vice*)<br>BOIES SCHILLER FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br><br>*Attorneys for Plaintiffs* | Jerry L. Marks<br>MILBANK, TWEED, HADLEY &<br>  McCLOY LLP<br>2029 Century Park East<br>Los Angeles, CA 90067<br>*Attorneys for Defendants VEREIT,*<br>*Inc. and VEREIT Operating*<br>*Partnership, L.P.* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Sheri McAlister